# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 2:23-cv-14306-DMM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

OLEANDER MUFFLER SHOP, INC., a Florida Profit Corporation and JOHN STASIO, an Individual,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, OLEANDER MUFFLER SHOP, INC. and JOHN STASIO (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

By: *Ronald R. Hink*
Ronald R. Hink, Esq.
Florida Bar No. 98989
THE HINK LAW FIRM, P.A.
1688 Meridian Avenue, Suite 900
Miami Beach, FL 33139
Telephone: (305) 600-3705
Facsimile: (305) 600-3704
Email: ronhink@hinktriallaw.com
Attorney for Defendants

By: *Richard M. Hunt*
Richard M. Hunt, Esq.
Texas State Bar No. 10288700
HUNT HUEY PLLC
3010 Mountain Ash Court
Garland, TX 75044
Telephone: (214) 641-9182
Facsimile: (214) 279-6124
Email: rhunt@hunthuey.com
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:23-cv-14306-DMM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

OLEANDER MUFFLER SHOP, INC., a Florida Profit Corporation and JOHN STASIO, an Individual

    Defendant(s).
_____/

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 25, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff